IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD DEMERSON,

        Plaintiff,               CV F 06 0250 OWW WMW   P

   vs.                           ORDER RE MOTION (DOC 17 )

WARDEN, SATF,, et al.,

        Defendants.


       Plaintiff has requested an extension of time in which to file a first amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a first amended complaint.


IT IS SO ORDERED.

**Dated:   December 21, 2006**       **/s/  William M. Wunderlich**
j14hj0                       UNITED STATES MAGISTRATE JUDGE