IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD DEMERSON,** | 1:06-CV-0250 OWW WMW P |
| **Plaintiff,** | |
| vs. | **ORDER VACATING ORDER OF APRIL 7, 2006** |
| **WARDEN OF SATF, et al.,** | |
| | **(DOCUMENT #8)** |
| **Defendants.** / | |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

    On April 7, 2006, the court issued an order entitled "Order Directing Payment of Inmate Filing Fee," directing the Director of the California Department of Corrections to send payments to the court from plaintiff's inmate trust account for the $250.00 statutory filing fee for this action. On December 14, 2006, plaintiff paid the $250.00 filing fee by an alternate source. Due to the fact that the entire filing fee has been paid, the court shall vacate its order of April 7, 2006, entitled "Order Directing Payment of Inmate Filing Fee," and direct the Director of the California Department of Corrections not to send any payments to the court from plaintiff's inmate trust account for the filing fee.

    Accordingly, IT IS HEREBY ORDERED that:

1. The court's order of April 7, 2006, entitled "Order Directing Payment of Inmate Filing Fee," is VACATED in its entirety;

2. The California Department of Corrections is directed not to send any payments to the court from plaintiff's prison trust account for the filing fee for this action; and

3. The Clerk of Court shall serve a copy of this order on:

    (1) the Director of the California Department of Corrections, 1515 S Street, Sacramento, California 95814, and

    (2) the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

    (3) IT IS SO ORDERED.

**Dated:   January 11, 2007**                     **/s/  William M. Wunderlich**
j14hj0                                           UNITED STATES MAGISTRATE JUDGE