IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD DEMERSON,

        Plaintiff,                  CV F 06 0250 LJO WMW

   vs.                            ORDER

WARDEN, SATF, et al.,

        Defendants.

        On February 15, 2007, Plaintiff was granted an extension of time in which to file an amended complaint.  On February 23, 2007, the court received from Plaintiff a letter indicating that Plantiff is experiencing difficulties in preparing his amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   March 20, 2007**              **/s/  William M. Wunderlich**
j14hj0                        UNITED STATES MAGISTRATE JUDGE