UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DEMERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN OF SATF, et al.,<br><br>    Defendants. | 1:06-cv-0250 LJO WMW PC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #29) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 21, 2007, plaintiff filed a motion to extend time to file a first amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his first amended complaint.

IT IS SO ORDERED.

**Dated:   April 10, 2007**           /s/  William M. Wunderlich
                                      UNITED STATES MAGISTRATE JUDGE