1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD DEMERSON,                    )          1:06-cv-0250 LJO WMW (PC)
                                          )
12         Plaintiff,                     )          ORDER GRANTING EXTENSION OF
                                          )          TIME TO FILE AMENDED
13         v.                             )          COMPLAINT
                                          )          (DOCUMENT #31, 32)
14   WARDEN OF SATF, et al.,              )
                                          )
15                                        )
           Defendants.                    )
16   _____ )

17         Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18   May 14, 2007 and June 8, 2007, plaintiff filed motions to extend time to file a first amended complaint.

19   Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS

20   HEREBY ORDERED that:

21         Plaintiff is granted thirty days from the date of service of this order in which to file his first

22   amended complaint.

23   IT IS SO ORDERED.

24   **Dated:   June 13, 2007**              _____/s/  William M. Wunderlich_____
                                             UNITED STATES MAGISTRATE JUDGE
25
26
27
28