1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                            EASTERN DISTRICT OF CALIFORNIA

10

11  EDWARD DEMERSON,                          1:06-cv-00250-LJO-WMW (PC)

12          Plaintiff,
                                              SECOND ORDER GRANTING MOTION
13  vs.                                       TO EXTEND TIME TO FILE AMENDED
                                              COMPLAINT
14  WARDEN OF SATF, et al.,

15          Defendants.                       (DOCUMENT #35)

16  _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18  1983.  On July 27, 2007,  plaintiff filed a motion to extend time to file a first amended complaint.

19  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR,

20  IT IS HEREBY ORDERED that:

21          Plaintiff is granted thirty (30) days from the date of service of this order in which to file

22  his first amended complaint.

23

24  IT IS SO ORDERED.

25  **Dated:   August 20, 2007**            _____/s/  William M. Wunderlich_____
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28