IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD DEMERSON,

      Plaintiff,             CV F 06 0250 LJO WMW PC

  vs.                          ORDER

WARDEN, SATF, et al.,

      Defendants.

      Plaintiff, a state prisoner proceeding pro se, has been granted numerous extensions of time in which to file an amended complaint.  On October 11, 2007, Plaintiff filed a letter, indicating that he is having difficulties in filing an amended complaint due to difficulties in getting conformed copies.  Plaintiff explains that he has asked his daughter to obtain conformed copies from the court, but he does not identify the document at issue.

      The Court notes that Plaintiff is seeking to amend the original complaint.  The Court will provide Plaintiff with a copy of the original complaint, and grant Plaintiff a further extension of time in which to file an amended complaint.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk's Office is directed to send to Plaintiff a copy of the original complaint.

      2. Plaintiff is granted an extension of time of thirty days from the date of service of this

order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   November 27, 2007**                    **/s/  William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE