IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD DEMERSON,

        Plaintiff,        CV F 06 0250 LJO WMW PC

   vs.                     ORDER

WARDEN, SATF, et al.,

        Defendants.

On January 23, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint. On February 8, 2008, Plaintiff filed an amended complaint. On February 20, 2008, Plaintiff filed objections to the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 23, 2008, recommendation of dismissal is vacated.

2. This action proceeds on the February 8, 2008, amended complaint.

IT IS SO ORDERED.

**Dated:   February 21, 2008**           /s/  **William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE