IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DEMERSON, | 1:06-cv-00250-LJO-SMS PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| CURTISS, et al., | (Motion# 67) |
| Defendants. | DEADLINE: October 28, 2010 |

On October 4, 2010, Plaintiff, a prisoner proceeding pro se, filed a motion seeking a four-day extension of time to file an Objection to the Findings and Recommendations filed by the undersigned on September 1, 2010.  Having considered Plaintiff's request and given Plaintiff's incarceration, the Court deems it in the interest of justice to grant Plaintiff a short extension exceeding four days.

Accordingly, Plaintiff is HEREBY GRANTED an extension of time up to and including October 28, 2010, within which to file his Objection.

IT IS SO ORDERED.

**Dated:   October 7, 2010**              /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE