# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DEMERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN OF SATF, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-00250-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS FROM SECOND AMENDED COMPLAINT, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE TO INITIATE SERVICE OF PROCESS<br><br>(Docs. 56 and 66) |

      Plaintiff Edward Demerson, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On September 1, 2010, the Magistrate Judge screened Plaintiff's second amended complaint and issued a findings and recommendations recommended dismissal of certain claims and parties. After obtaining an extension of time, Plaintiff filed a timely objection on November 1, 2010.[1]

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

---

[1] Entitled as a motion for reconsideration. Disagreement with findings and recommendations is voiced via objections, and Plaintiff's filing shall be treated as such.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 1, 2010, is adopted in full;

2. This action shall proceed on Plaintiff's second amended complaint, filed June 2, 2009, against Defendants Curtiss, Renya, and Morgan on Plaintiff's excessive force claim; and against Defendants Curtiss, Renya, and Reynoso on Plaintiff's failure-to-protect claim;

3. Plaintiff's due process, conspiracy, retaliation, and medical care claims are dismissed, with prejudice, for failure to state a claim;

4. Defendants Woodford, Grannis, Adams, Clark, Hense, Diaz, Wan, Alva, Gallagher, Pineda, Odle, Davis, Munoz, Padilla, and Hernandez are dismissed based on Plaintiff's failure to state any claims against them; and

5. This matter is referred back to the Magistrate Judge to initiate service of process proceedings.

IT IS SO ORDERED.

**Dated:   November 3, 2010**                              /s/ Lawrence J. O'Neill
                                                                            UNITED STATES DISTRICT JUDGE